# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ALBERTO RAMOS,<br><br>　　　　Defendant. | Case No. 1:20-MJ-00081 SKO<br><br>ORDER RESCINDING COMMITMENT TO ANOTHER DISTRICT<br><br>(ECF No. 10) |

Pursuant to the Notice of Order from United States District Court Judge John C. Coughenour, issued on August 17, 2020, Staying Magistrate Judge Erica P. Grosjean's Order of Release issued on August 14, 2020,

IT IS HEREBY ORDERED that:

The Commitment to Another District issued by Magistrate Judge Erica P. Grosjean on August 19, 2020, is rescinded, with matter of defendant's detention to be further addressed by the charging Court, the Western District of Washington, Seattle Division.

Dated: __**August 24, 2020**__       /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1